Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22−11036−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee− Jackson
   aka Wanda K. Pereira
   1006 Scarborough Dr
   Egg Harbor Township, NJ 08234−4840

Social Security No.:
   xxx−xx−4681

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              4/20/22
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 1, 2022
JAN: eag

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-11036-JNP
Wanda K. Lee- Jackson                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                                  Page 1 of 2
Date Rcvd: Mar 01, 2022                    Form ID: 132                                 Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wanda K. Lee- Jackson, 1006 Scarborough Dr, Egg Harbor Township, NJ 08234-4840 |
| aty | + | Kivitz McKeever Lee, P.C., a/k/a KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519503928 | + | Egg Harbor Twp. MUA, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 519503929 | | Kivitz, McKeever Lee P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519503930 | | Kristina G. Murtha, Esq., 701 Market St Ste 500, Philadelphia, PA 19106-1538 |
| 519503931 | | New York State Department of Labor, PO Box 611, Albany, NY 12201-0611 |
| 519503933 | | Receivables Collection, Main Street Radiology at Bayshore, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519503934 | | Serenity Funeral Home, 414 S Main St, Pleasantville, NJ 08232-3032 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 01 2022 20:31:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519507553 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2022 20:33:51 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519503927 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2022 20:33:42 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519506008 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2022 20:44:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519503932 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 01 2022 20:31:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519514672 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 01 2022 20:31:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519503935 | | Email/Text: bankruptcy@sw-credit.com | Mar 01 2022 20:31:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 519503936 | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 01 2022 20:31:00 | Unemployment Insurance Division, Benefit Collections, Unit PO Box 1195, Albany, NY 12201-1195 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Steven A. Silnutzer | on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4