Certificate Number: 15317-NJ-DE-036395908

Bankruptcy Case Number: 22-11036



15317-NJ-DE-036395908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2022</u>, at <u>3:25</u> o'clock <u>AM PST</u>, <u>Wanda K Lee</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 14, 2022</u>           By:     <u>/s/Jennieca Laud</u>

                                        Name:   <u>Jennieca Laud</u>

                                        Title:  <u>Credit Counselor</u>