Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11036−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee− Jackson
   aka Wanda K. Pereira
   1006 Scarborough Dr
   Egg Harbor Township, NJ 08234−4840

Social Security No.:
   xxx−xx−4681

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 7, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 32
Order Granting Application for Extension of Loss Mitigation (Related Doc # 32). Loss Mitigation Period Extended to: 11/29/2022. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/6/2022. (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 7, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11036-JNP |
| Wanda K. Lee- Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 07, 2022 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kivitz McKeever Lee, P.C., a/k/a KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 07 2022 20:35:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 09, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Steven A. Silnutzer | on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 07, 2022 | Form ID: orderntc | Total Noticed: 2

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4