UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road, Building 200, Suite C
Galloway, New Jersey 08205
(609) 748-6100
By: Steven A. Silnutzer, Esq.    SAS-0833
Attorney for Debtor

In Re:
Wanda K. Lee-Jackson

Order Filed on December 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-11036
Chapter: 13
Judge: JNP

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 9, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  February 28, 2022  :

Property:     1006 Scarborough Drive, Egg Harbor Township, NJ 08234-4840

Creditor:     Rocket Mortgage LLC f/k/a Quicken Loans Inc.

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the attorney for the debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  February 28, 2023 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*