UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road, Building 200, Suite C
Galloway, New Jersey 08205
(609) 748-6100
By: Steven A. Silnutzer, Esq.     SAS-0833
Attorney for Debtor

Order Filed on December 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wanda K. Lee-Jackson

| | |
|---|---|
| Case No.: | 22-11036 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 9, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 28, 2022___ :

Property:      1006 Scarborough Drive, Egg Harbor Township, NJ 08234-4840

Creditor:      Rocket Mortgage LLC f/k/a Quicken Loans Inc.

and a Request for

☒  Extension of the Loss Mitigation Period having been filed by _the attorney for the debtor_, and for good cause shown,

☐  Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒  The Loss Mitigation Period is extended up to and including _February 28, 2023_____.

☐  The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                     Case No. 22-11036-JNP

Wanda K. Lee- Jackson                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                         Page 1 of 1

Date Rcvd: Dec 12, 2022               Form ID: pdf903             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

**Recip ID**                **Recipient Name and Address**
db                          Wanda K. Lee- Jackson, 1006 Scarborough Dr, Egg Harbor Township, NJ 08234-4840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

**Name**                  **Email Address**

Denise E. Carlon
                  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                  ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Steven A. Silnutzer
                  on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4