**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,

CASE NO. 22-11036 JNP
CHAPTER 13
Hearing Date:
Hearing Time:
Judge: Jerrold N. Poslusny Jr.

In re:

Wanda K. Lee-Jackson a/k/a Wanda K. Pereira
  Debtor
Calvin A. Jackson
  Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 03/15/2017

I, Louie Shano, employed as Loss Mitigation Officer by for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., hereby certifies the following information:
Recorded on 4/24/2017 in Atlantic County, in Instrument Number 2017023899.
Property Address: 1006 Scarborough Dr. Egg Harbor Township NJ 08234.

Mortgage Holder: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,

Mortgagor(s)/ Debtor(s): Wanda K. Lee-Jackson a/k/a Wanda K. Pereira / Calvin A. Jackson.

POST-PETITION PAYMENTS (Petition filed on February 08, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Check or Money Order Number |
|---|---|---|---|---|---|
| | | to suspense | $1,000.00 | 3/9/2022 | |
| | | to suspense | $100.00 | 3/9/2022 | |
| $2,043.56 | 3/1/2022 | 3/2022 | $1,200.00 | 5/6/2022 | |
| $2,043.56 | 4/1/2022 | 4/2022 | $2,307.00 | 5/6/2022 | |
| | | to suspense | $1,150.00 | 5/6/2022 | |
| $2,043.56 | 5/1/2022 | 5/2022 | $2,300.00 | 6/15/2022 | |
| $2,043.56 | 6/1/2022 | 6/2022 | $1,100.00 | 6/15/2022 | |
| $2,078.57 | 7/1/2022 | 7/2022 | $1,100.00 | 8/27/2022 | |
| | | to suspense | $1,100.00 | 9/12/2022 | |
| $2,078.57 | 8/1/2022 | | $0.00 | | |
| $2,078.57 | 9/1/2022 | | $0.00 | | |
| $2,078.57 | 10/1/2022 | | $0.00 | | |
| $2,078.57 | 11/1/2022 | | $0.00 | | |
| $2,078.57 | 12/1/2022 | | $0.00 | | |
| $2,078.57 | 1/1/2023 | | $0.00 | | |
| $2,078.57 | 2/1/2023 | | $0.00 | | |

| $2,078.57 | 3/1/2023 | | $0.00 | | |
|---|---|---|---|---|---|
| Total Due: | $26,881.37 | Amount Received: | $11,357.00 | Arrears: | $15,524.37 |

Continue on attached sheets if necessary.

Monthly payments past due: __8__ mos. X $__2,078.57__
Suspense balance: ($1,104.19)
(Monthly payment+late charge) =$ __15,524.37__ as of ____March 20, 2023__

Each current monthly payment is comprised of:
    Principal and Interest:  $1,104.02
    Interest:  $_____
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $974.55  (Specify: Escrow)
    TOTAL  $2,078.57

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
A notice of payment change was filed on 05/25/2022 and 02/28/2023.

PRE-PETITION ARREARS: $120,095.62

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 4/4/23

                                                        _____
                                                        Signature