Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−11036−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee− Jackson
   aka Wanda K. Pereira
   1006 Scarborough Dr
   Egg Harbor Township, NJ 08234−4840

Social Security No.:
   xxx−xx−4681

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/18/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 18, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Wanda K. Lee- Jackson  
    Debtor

Case No. 22-11036-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: May 18, 2023     Form ID: 148     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wanda K. Lee- Jackson, 1006 Scarborough Dr, Egg Harbor Township, NJ 08234-4840 |
| aty | + | Kivitz McKeever Lee, P.C., a/k/a KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519764084 | + | Atlantic City Electric Co. Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519734555 | | Atlantic Emergency Associates, PA, PO Box 15356, Newark, NJ 07192-5356 |
| 519734559 | + | Egg Harbor Township Tax Collector, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 519503928 | + | Egg Harbor Twp. MUA, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 519503929 | | Kivitz, McKeever Lee P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519503930 | | Kristina G. Murtha, Esq., 701 Market St Ste 500, Philadelphia, PA 19106-1538 |
| 519503931 | | New York State Department of Labor, PO Box 611, Albany, NY 12201-0611 |
| 519503933 | | Receivables Collection, Main Street Radiology at Bayshore, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519503934 | | Serenity Funeral Home, 414 S Main St, Pleasantville, NJ 08232-3032 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 20:35:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519734554 | | Email/Text: bankruptcy@pepcoholdings.com | May 18 2023 20:35:00 | Atlantic City Electric, Attn: Bankruptcy / Revenue Recovery, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 519734556 | | EDI: CAPONEAUTO.COM | May 19 2023 00:28:00 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519507553 | + | EDI: AISACG.COM | May 19 2023 00:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519734557 | | EDI: CONVERGENT.COM | May 19 2023 00:28:00 | Convergant Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 519503927 | | Email/PDF: creditonebknotifications@resurgent.com | May 18 2023 20:47:54 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519548031 | | EDI: JEFFERSONCAP.COM | May 19 2023 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519506008 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 20:49:20 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 22-11036-JNP    Doc 52    Filed 05/20/23    Entered 05/21/23 00:14:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: 148 | Total Noticed: 29 |

| Recip ID | Bypass/Notice Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 519734560 | | Email/Text: csc.bankruptcyprocessing@amwater.com | May 18 2023 20:36:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519523572 | | EDI: Q3G.COM | May 19 2023 00:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519503932 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 20:35:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519514672 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 20:35:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519503935 | | Email/Text: bankruptcy@sw-credit.com | May 18 2023 20:35:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 519734561 | + | Email/Text: bncnotices@stengerlaw.com | May 18 2023 20:35:00 | Stenger & Stenger PC, Craig T. Faye, Esq., 2618 E Paris Ave SE, Grand Rapids, MI 49546-2458 |
| 519503936 | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 18 2023 20:35:00 | Unemployment Insurance Division, Benefit Collections, Unit PO Box 1195, Albany, NY 12201-1195 |
| 519734562 | ^ | MEBN | May 18 2023 20:32:49 | Velocity Investment, LLC, 1800 State Route 34 # 404A, Wall Township, NJ 07719-9147 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734558 | ## | DeVille Asset Manangement, PO Box 1987, Colleyville, TX 76034-1987 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 18, 2023 | Form ID: 148 | Total Noticed: 29

Steven A. Silnutzer
    on behalf of Debtor Wanda K. Lee- Jackson stevenasil2000@yahoo.com
    G28047@notify.cincompass.com;silnutzerlaw@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5